```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 09917
   WALTER L TURNER
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-9561


------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
    The case was filed on 04/22/2008 and was not confirmed.

    The case was dismissed without confirmation 07/14/2008.
------------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------
SELECT PORTFOLIO SERVICI CURRENT MORTG         .00           .00           .00
SELECT PORTFOLIO SERVICI CURRENT MORTG         .00           .00           .00
SELECT PORTFOLIO SERVICI MORTGAGE ARRE     5000.00           .00           .00
*HOMECOMINGS FINANCIAL   CURRENT MORTG         .00           .00           .00
HOMEQ SERVICING CORP     CURRENT MORTG         .00           .00           .00
HOMEQ SERVICING CORP     MORTGAGE ARRE     5000.00           .00           .00
WACHOVIA CARD SERVICES   SECURED NOT I        .00            .00           .00
CAPITAL ONE BANK         UNSECURED       NOT FILED           .00           .00
EMERGE                   UNSECURED       NOT FILED           .00           .00
ORCHARD BANK             UNSECURED       NOT FILED           .00           .00
PROVIDIAN NATIONAL BANK  UNSECURED       NOT FILED           .00           .00
PRO SE DEBTOR            DEBTOR ATTY          .00                          .00
TOM VAUGHN               TRUSTEE                                           .00
DEBTOR REFUND            REFUND                                            .00

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                       .00

PRIORITY                                             .00
SECURED                                              .00
UNSECURED                                            .00
ADMINISTRATIVE                                       .00
TRUSTEE COMPENSATION                                 .00
DEBTOR REFUND                                        .00
                         --------------     --------------
TOTALS                        .00                    .00




              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 08 B 09917 WALTER L TURNER
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 10/22/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE